JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BTL Industries, Inc., | Case No. 5:23-cv-01105-MCS-MAA |
| Plaintiff, | **FINAL JUDGMENT AND PERMANENT INJUNCTION** |
| vs. | |
| Beauty by Izzy and Isabel Gomez, | |
| Defendants. | |

    WHEREAS, the Court has considered the Motion for Default Judgment Filed by Plaintiff BTL Industries, Inc. and all supporting papers, and with good cause appearing for same, it is HEREBY ORDERED, ADJUDGED and DECREED that:

1. The Court has subject matter and personal jurisdiction over this action and the parties.

2. Venue is proper before this District

3. Judgment is entered on the Complaint brought by Plaintiff BTL Industries, Inc. against Defendant Isabel Gomez ("Defendant") on all causes of action brought against her, as follows:

    a. Judgment is entered for Plaintiff and against Defendant on the first cause of action for infringement of Patent No. 10,478,634.

    b. Judgment is entered for Plaintiff and against Defendant on the second cause of action for trademark infringement under 15 U.S.C. § 1114.

    c. Judgment is entered for Plaintiff and against Defendant on the third cause of action for federal unfair competition, false designation of origin, and false advertising under 15 U.S.C. § 1125.

    d. Judgment is entered for Plaintiff and against Defendant on the fourth cause of action for common law trademark infringement and unfair competition.

///

4. Plaintiff is awarded a permanent injunction on the first cause of action for infringement of Patent No. 10,478,634 and on the second cause of action for infringing BTL's trademarks, as follows: Defendant and her officers, agents, employees, and all persons acting in concert with Defendant are enjoined from further infringement of BTL's trademarks, including without limitation the EM ESCULPT NEO trademark, and patents, including without limitation Patent No. 10,478,634.

**IT IS SO ORDERED.**

Dated: January 2, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE